IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSE LUIS VAZQUEZ, on behalf of himself and all other persons similarly situated, known and unknown,<br><br>   Plaintiff,<br><br>  v.<br><br>PRO SOURCE GRANITE, INC., and ROY E. SMITH, JR., individually<br><br>   Defendants. | )<br>)<br>)<br>)  Case No.   15-CV-8477<br>)<br>)  Judge Zagel<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Jose Luis Vazquez and Defendants Pro Source Granite, Inc. and Roy E. Smith, Jr., through their counsel, hereby stipulate that the above case be dismissed with prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

             Respectfully submitted,

Dated: February 11, 2016

| | |
|---|---|
| s/Maureen A. Salas | s/Jack G. Zurlini, Jr (w/consent) |
| Douglas M. Werman<br>Maureen A. Salas<br>Sarah J. Arendt<br>Zachary C. Flowerree<br>Werman Salas P.C.<br>77 West Washington Street, Suite 1402<br>Chicago, Illinois 60602<br>(312) 419-1008<br><br>Attorneys for Plaintiff | Jack G. Zurlini, Jr.<br>Berenson LLP<br>308 W. 1st Ave., Ste. 303<br>Spokane, Washington 99201<br>(202)577-6007<br><br>Ian B. Hoffenberg<br>Law Offices of Ian B. Hoffenberg, LLC<br>123 N. Wacker Drive, Suite 1600<br>Chicago, IL 60606<br>(312)544-9001<br><br>Attorneys for Defendants |